| | |
|---|---|
| 1   MICHAEL A. LADRA, State Bar No. 064307 | |
|       mladra@wsgr.com | |
| 2   JAMES C. YOON, State Bar No. 177155 | |
|       jyoon@wsgr.com | **E-filed 12/14/05** |
| 3   STACY B. MARGOLIES, State Bar No. 202360 | |
|       smargolies@wsgr.com | |
| 4   JULIE M. HOLLOWAY, State Bar No. 196942 | |
|       jholloway@wsgr.com | |
| 5   WILSON SONSINI GOODRICH & ROSATI | |
|       Professional Corporation | |
| 6   650 Page Mill Road | |
|       Palo Alto, CA 94304-1050 | |
| 7   Telephone:  (650) 493-9300 | |
|       Facsimile:   (650) 565-5100 | |
| 8 | |
|       Attorneys for Plaintiff | |
| 9   SANDISK CORPORATION | |

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| 13 | SANDISK CORPORATION, a Delaware corporation, | ) CASE NO.: CV-04-4379-JF |
|    |                                               | ) |
|    |                                               | ) ORDER GRANTING |
| 14 |        Plaintiff,                             | ) PLAINTIFF SANDISK |
|    |                                               | ) CORPORATION'S REQUEST FOR |
| 15 |        v.                                     | ) LEAD TRIAL COUNSEL TO |
|    |                                               | ) PARTICIPATE IN THE CASE |
| 16 | STMICROELECTRONICS, INC., a Delaware          | ) MANAGEMENT CONFERENCE BY |
|    | corporation, STMICROELECTRONICS NV, a         | ) TELEPHONE |
| 17 | Dutch company, and DOES I to X;               | ) |
|    |                                               | ) Date:  December 16, 2005 |
| 18 |        Defendant.                             | ) Time:  10:30 a.m. |
|    |                                               | ) Before: Hon. Judge Jeremy Fogel |

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER GRANTING SANDISK'S                                                    2783648_1.DOC
    REQUEST FOR LEAD COUNSEL TO PARTICIPATE
    IN THE CMC BY TELEPHONE
    CASE NO.: CV-04-4379-JF

## **ORDER**

After consideration of Plaintiff SanDisk Corporation's Request for Lead Trial Counsel to be Excused from the Case Management Conference or to Participate by Telephone and pursuant to Rule 16-10(a) of the Civil Local Rules of the Northern District of California, IT IS HEREBY ORDERED that Lead Trial Counsel for SanDisk, Michael A. Ladra, may participate by telephone in the December 16, 2005 Case Management Conference.
Counsel is directed to schedule the telephonic appearance with Court Call. (866-582-6878)

Dated:  December  14, 2005

/s/electronic signature authorized
_____

Hon. Jeremy Fogel
United States District Court
Northern District of California

[PROPOSED] ORDER GRANTING SANDISK'S
REQUEST FOR LEAD COUNSEL TO PARTICIPATE
IN THE CMC BY TELEPHONE
CASE NO.: CV-04-4379-JF

2

2783648_1.DOC