Michael A. Ladra (SBN 64307)
James C. Yoon (SBN 177155)
Steven S. Baik (SBN 184622)
Monica Mucchetti Eno (SBN 164107)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone:     650-493-9300
Facsimile:      650-565-5100

Attorneys for Plaintiff SanDisk Corporation

Russell L. Johnson (SBN 53833)
Edward V. Anderson (SBN 83148)
Teague I. Donahey (SBN 197531)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:     415-772-1200
Facsimile:      415-772-7400

Attorneys for Defendants
STMicroelectronics, Inc.
and STMicroelectronics N.V.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>                Plaintiff,<br><br>        vs.<br><br>STMicroelectronics, Inc., STMicroelectronics NV, and DOES I to X;<br><br>        Defendants. | Case No. C 04-4379 JF<br>Case No. C 05-4691 JF<br>Case No. C 05-5021 JF<br>Case No. C 06-0194 JF<br><br>**STIPULATION TO REQUEST AN ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO CIV. L.R. 6-2(a)**<br><br>CMC Date:     July 21, 2006<br>Time:             10:30 a.m.<br>Court:            Hon. Jeremy Fogel |
| AND RELATED CASES | |

1    WHEREAS the parties to the above-captioned related cases (Nos. C 04-4379 JF; C 05-4691

2    JF; C 05-5021 JF; and C 06-0194 JF) currently have a Case Management Conference for their four

3    related cases scheduled for July 21, 2006;

4    WHEREAS, a conflict has arisen which renders lead counsel for SanDisk Corporation unable

5    to attend the Case Management Conference on July 21, 2006;

6    WHEREAS, counsel for STMicroelectronics, Inc., STMicroelectronics NV are available on

7    July 28, 2006 to attend a Case Management Conference;

8    WHEREAS, the change requested by the parties would only postpone the Case Management

9    Conference in the related cases (two of which are presently stayed and one of which is pending

10   dismissal) by one week;

11   IT IS HEREBY STIPULATED by and between the parties to this action through their

12   designated counsel as follows:

13

14   Subject to the Court's approval, the Case Management Conference in related Case Nos. C

15   04-4379 JF; C 05-4691 JF; C 05-5021 JF; and C 06-0194 JF shall be rescheduled for July 28, 2006

16   at 10:30 a.m. before the Honorable Jeremy Fogel.

17   Dated: July 17, 2006                          WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation
18

19                                                 By: /s/   James C. Yoon
20                                                            James C. Yoon

21                                                 Attorneys for Plaintiff
                                                   SanDisk Corporation
22

23   Dated: July 17, 2006                          SIDLEY AUSTIN LLP

24   Dated: July 20, 2006

25   IT IS SO ORDERED                              By: /s/  Russell L. Johnson
                                                            Russell L. Johnson
26

27                                                 Attorneys for Defendants
                                                   STMicroelectronics, Inc.
28   JEREMY FOGEL, U.S. DISTRICT JUDGE             and STMicroelectronics N.V.

                                          -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATION

I, James C. Yoon, am the ECF User whose identification and password are being used to file the Joint Case Management Report in the above-listed related cases. In compliance with General Order 45.X.B, I hereby attest that counsel for ST Microelectronics, Inc. and ST Microelectronics, N.V. has concurred in this filing.

Dated:  July 17, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/   James C. Yoon
James C. Yoon

Attorneys for Plaintiff
SanDisk Corporation

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C04-4379 JF; C05-4691 JF; C05-5021 JF; AND C06-0194 JF