\*\*E-filed 10/25/06\*\*

|   |   |
|---|---|
| 1 | Michael A. Ladra (SBN 64307) |
|   | James C. Yoon (SBN 177155) |
| 2 | Steven S. Baik (SBN 184622) |
|   | Monica Mucchetti Eno (SBN 164107) |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, California 94304 |
| 5 | Telephone:   650-493-9300 |
|   | Facsimile:   650-565-5100 |

Attorneys for Plaintiff SanDisk Corporation

Russell L. Johnson (SBN 53833)
Edward V. Anderson (SBN 83148)
Teague I. Donahey (SBN 197531)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:   415-772-1200
Facsimile:   415-772-7400

Attorneys for Defendants
STMicroelectronics, Inc.
and STMicroelectronics N.V.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SANDISK CORPORATION, | Case No. C 04-4379 JF |
| | Case No. C 05-5021 JF |
| Plaintiff, | |
| vs. | **STIPULATION TO REQUEST AN ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2(a)** |
| STMicroelectronics, Inc., STMicroelectronics NV, and DOES I to X; | |
| Defendants. | |
| | CMC Date:   October 27, 2006 |
| | Time:         2:00 p.m. |
| | Court:        Hon. Jeremy Fogel |
| AND RELATED CASES | |

**STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C04-4379 JF; C05-5021 JF**

1    WHEREAS the Court has scheduled a Case Management Conference in the above-captioned

2 related cases (Case Nos. C 04-4379 JF and C 05-5021 JF), both of which are currently stayed, for

3 October 27, 2006 at 2:00 p.m.;

4    WHEREAS, the Case Management Conference was originally scheduled to be heard on

5 October 27, 2006 at 10:30 a.m., but was moved to 2:00 p.m. by a Clerk's Notice dated October 23,

6 2006;

7    WHEREAS, the parties do not believe that the status of the cases has changed appreciably

8 since the previous Case Management Conference was held on July 28, 2006;

9    WHEREAS, lead counsel for STMicroelectronics, Inc. and STMicroelectronics NV is not

10 available on October 27, 2006 at 2:00 p.m. to attend the rescheduled Case Management Conference

11 based on previously scheduled travel commitments;

12    WHEREAS, the parties jointly request that the Case Management Conference be continued

13 to January 26, 2007 at 10:30 a.m. or as soon thereafter as may be convenient for the Court;

14    IT IS HEREBY STIPULATED by and between the parties to this action through their

15 designated counsel as follows:

16    Subject to the Court's approval, the Case Management Conference in related Case Nos. C

17 04-4379 JF and C 05-5021 JF shall be rescheduled for January 26, 2007 at 10:30 a.m. before the

18 Honorable Jeremy Fogel.

| | | |
|---|---|---|
| 1 | Dated: October 24, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: /s/   Michael A. Ladra
          Michael A. Ladra

Attorneys for Plaintiff
SanDisk Corporation

Dated: October 24, 2006                SIDLEY AUSTIN LLP

By: /s/  Russell L. Johnson
          Russell L. Johnson

Attorneys for Defendants
STMicroelectronics, Inc.
and STMicroelectronics N.V.

### **PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference scheduled for October 27, 2006 at 2:00 p.m. is hereby continued until January 26, 2007 at 10:30 a.m.

Dated:  October  24 , 2006

_____
Honorable Jeremy Fogel, District Judge

## CERTIFICATION

I, Michael A. Ladra, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order in the above-listed related cases. In compliance with General Order 45.X.B, I hereby attest that counsel for ST Microelectronics, Inc. and ST Microelectronics, N.V. has concurred in this filing.

Dated: October 24, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By:  /s/    Michael A. Ladra
                                                       Michael A. Ladra

                                           Attorneys for Plaintiff
                                           SanDisk Corporation

-4-
**STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C04-4379 JF; C05-5021**