1 | Counsel are listed on signature page
2 |
3 | **E-filed 4/16/07**
4 |
5 |
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN JOSE DIVISION
11 |
12 | SANDISK CORPORATION,                           ) Case No. C04-4379 JF
   |                                                ) Case No. C05-5021 JF
13 |            Plaintiff,                         )
   |                                                ) **STIPULATION TO REQUEST AN ORDER**
14 |     vs.                                        ) **CHANGING TIME FOR CASE**
   |                                                ) **MANAGEMENT CONFERENCE AND**
15 | STMicroelectronics, Inc., STMicroelectronics   ) [~~PROPOSED~~] **ORDER CONTINUING**
   | NV, and DOES I to X;                           ) **CASE MANAGEMENT CONFERENCE**
16 |                                                ) **PURSUANT TO CIVIL L.R. 6-2(a)**
   |            Defendants.                        )
17 |                                                ) CMC Date: April 27, 2007
   |                                                ) Time:     10:30 a.m.
18 |                                                ) Court:    Hon. Jeremy Fogel
   |                                                )
19 |                                                )
   | AND RELATED CASES                              )
20 |                                                )
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C04-4379 JF; C05-5021 JF**

1    WHEREAS the Court has scheduled a Case Management Conference in the above-captioned
2    related cases (Case Nos. C 04-4379.1F and C 05-5021 JF), both of which are currently stayed, for
3    April 27, 2007 at 10:30 a.m.;
4    WHEREAS, these cases remain stayed and the parties believe that the case should remain
5    stayed for approximately 60 more days;
6    WHEREAS, the parties jointly request that the Case Management Conference be continued
7    to June 29, 2007 at 10:30 a.m., or as soon thereafter as may be convenient for the Court;
8    IT IS HEREBY STIPULATED by and between the parties to this action through their
9    designated counsel as follows:
10   Subject to the Court's approval, the Case Management Conference in related Case Nos. C
11   04-4379 JF and C 05-5021 JF shall be rescheduled for June 29, 2007, at 10:30 a.m., before the
12   Honorable Jeremy Fogel.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: April 12, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/  Michael A. Ladra<br>         Michael A. Ladra<br><br>Attorneys for Plaintiff<br>SanDisk Corporation |
| Dated: April 12, 2007 | SIDLEY AUSTIN LLP<br><br>By: /s/  Russell L. Johnson<br>         Russell L. Johnson<br><br>Attorneys for Defendants<br>STMicroelectronics, Inc.<br>And STMicroelectronics N.V. |

### **PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference scheduled for April 27, 2007 at 10:30 a.m. is hereby continued until June 29, 2007 at 10:30 a.m.

Dated: __4/16/_____, 2007

_____
Honorable Jeremy Fogel, District Judge

**CERTIFICATION**

I, Russell L. Johnson, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order in the above-listed related cases. In compliance with General Order 45.X.B, I hereby attest that counsel for SanDisk Corporation has concurred in this filing.

Dated:  April 12, 2007                                SIDLEY AUSTIN LLP


                                                      By:  /s/          Russell L. Johnson
                                                                        Russell L. Johnson

                                                      Attorneys for Defendants
                                                      STMicroelectronics, Inc.
                                                      And STMicroelectronics N.V