**E-filed 9/5/07**

Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James L. Quarles III (*pro hac vice*)
james.quarles@wilmerhale.com
James M. Dowd (*pro hac vice*)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Defendants
STMICROELECTRONICS, INC.
and STMICROELECTRONICS N.V.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SanDisk Corporation, a Delaware corporation,<br><br>             Plaintiff,<br><br>        v.<br><br>STMICROELECTRONICS, INC., a Delaware corporation, STMICROELECTRONICS N.V., a Dutch company, and DOES I to X,<br><br>             Defendants. | Case No.: C 04-4379 JF<br>Related Case No.: C 05-5021 JF<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff SanDisk Corporation and Defendants STMicroelectronics, Inc. and STMicroelectronics N.V. ("Defendants") hereby stipulate that Defendants shall have to and including September 6, 2007 to answer or otherwise respond to Plaintiff's Amended Complaint. Defendants require additional time to fully investigate the allegations in the Amended Complaint. The parties previously stipulated to a 30-day extension of

1  time for Defendants to respond to the Original Complaint in November 2004.  The requested time
2  modification will not affect the schedule for the case.

3

4  Dated:  August 27, 2007                      By:   /s/ Mark D. Selwyn
                                                      WILMER CUTLER PICKERING
5                                                         HALE and DORR, LLP

6                                               Attorneys for Defendants
7                                               STMICROELECTRONICS, INC. and
                                                STMICROELECTRONICS N.V.
8

9  Dated:  August 27, 2007
                                                By:   /s/ Michael Ladra
10                                                    WILSON SONSINI GOODRICH &
                                                      ROSATI LLP
11
                                                Attorneys for Plaintiff SanDisk Corporation
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 27th day of August at Palo Alto, California.

/S/
_____
Mark D. Selwyn, Esq.

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulated request to extend the deadline for STMicroelectronics, Inc. and STMicroelectronics N.V. to file an answer or otherwise respond to the Amended Complaint to and including September 6, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 9/5/07

_____
Hon. Jeremy Fogel
United States District Court Judge