Michael A. Ladra (SBN 064307)
mladra@wsgr.com
James C. Yoon (SBN 177155)
jyoon@wsgr.com
Julie M. Holloway (SBN 196942)
jholloway@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone:   650-493-9300
Facsimile:   650-565-5100

Attorneys for Plaintiff SanDisk Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STMicroelectronics, Inc., a Delaware corporation, and STMicroelectronics NV, a Dutch company,<br><br>Defendants. | Case No.: C 04-4379 JF<br>Related Case No.: C 05-5021 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S COUNTERCLAIMS THROUGH OCTOBER 19, 2007 AND (2) CHANGE CLAIM CONSTRUCTION HEARING DATE TO FEBRUARY 21, 2008** |

Pursuant to the provisions of Civil Local Rule 6-1, the parties hereby stipulate to extend the Defendant's time to respond to Plaintiff's counterclaims from October 1, 2007 through and including October 19, 2007.

The parties further stipulate that the Patent L.R. 4-6 Claim Construction Hearing be held on Thursday February 21, 2008, or later, subject to the Court's availability, so that the hearing will be held after claim construction briefing is completed. At the Court's request, the parties reached this stipulation to cure the incongruity in the current schedule, which is detailed in a September 13, 2007 letter to the Court (see Exhibit A) and summarized below.

On September 7, 2007, the Court adopted the schedule for patent local rule events that was jointly proposed by all parties but with the dates pushed back 30 days. *See* Sept. 7, 2007 Civil Minute Entry. However, instead of pushing the date for the PLR 4-6 Claim Construction Hearing back 30 days, the Court reset the hearing forward by a day, to January 24, 2008. Consequently, under the current schedule, the claim construction hearing would be held before the claim construction briefing would be completed (on February 11, 2008). The parties thus stipulate that the PLR 4-6 Claim Construction Hearing be held on Thursday February 21, 2008, or later, subject to the Court's availability, after the completion of claim construction briefing.

Dated: September 27, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/   Michael A. Ladra
           Michael A. Ladra

Attorneys for Plaintiff SanDisk Corporation

Dated: September 27, 2007

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/  James L. Quarles
           James L. Quarles

Attorneys for Defendants
STMicroelectronics, Inc. and
STMicroelectronics N.V.

-2-

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The claim construction hearing is reset for Thursday, February 21, 2008 at 10:30 a.m. Defendant's time to file its response to Plaintiff's counterclaims is hereby extended through and including October 19, 2007.

Dated: __10/2_____, 2007

_____
Jeremy Fogel
United States District Judge

-3-

**CERTIFICATION**

I, Michael A. Ladra, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order in the above-listed related cases.  In compliance with General Order 45.X.B, I hereby attest that counsel for STMicroelectronics, Inc. and STMicroelectronics, N.V. has concurred in this filing.

Dated:  September 27, 2007                                    WILSON SONSINI GOODRICH & ROSATI
                                                                                          Professional Corporation


                                                                                    By:  /s/    Michael A. Ladra
                                                                                              Michael A. Ladra

                                                                                     Attorneys for Plaintiff SanDisk Corporation

-4-