**E-filed 10/9/07**

1  Michael A. Ladra (SBN 064307)
   mladra@wsgr.com
2  James C. Yoon (SBN 177155)
   jyoon@wsgr.com
3  Julie M. Holloway (SBN 196942)
   jholloway@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, California 94304
6  Telephone:   650-493-9300
   Facsimile:    650-565-5100
7
   Attorneys for Plaintiff SanDisk Corporation
8

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, | Case No.: C 04-4379 JF<br>Related Case No.: C 05-5021 JF |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| vs. | **ORDER RE ENTRY OF CROSS-USE AGREEMENT** |
| STMicroelectronics, Inc., a Delaware corporation, and STMicroelectronics NV, a Dutch company, | |
| Defendants. | |

Plaintiff SanDisk Corp. ("SanDisk") and Defendants STMicroelectronics, Inc. and STMicroelectronics NV (collectively, "ST"), by their undersigned counsel, hereby stipulate that:

1. SanDisk and ST may use in the above-captioned lawsuit any discovery, including but not limited to any document, interrogatory response, response to request for admissions, or deposition and hearing testimony from

   a. ITC Inv. No. 337-TA-560, *In re Certain NOR and NAND Flash Memory Devices and Products Containing Same,* and

   b. ITC Inv. No. 337-TA-526, *In re Certain NAND Flash Memory Circuits and Products Containing Same,*

(collectively, the "ITC Investigations"), as if the discovery had been provided in this lawsuit, to the extent such use is not otherwise foreclosed by protective order obligations to any third party;

-1-

2. Until a protective order is issued by the Court, if any document or information from the ITC Investigations is re-used in this lawsuit as stipulated above, and is marked with a confidential designation, the disclosure of such document or information shall be limited to each party's outside attorney(s) of record and the employees of such outside attorney(s); and

3. The re-use of any document or information from the ITC Investigations as stipulated above by any party is for discovery purposes only and does not preclude either party from challenging the admissibility of the re-used document or information.

Dated: October 4, 2007                          WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation


                                                By:  /s/   Julie M. Holloway
                                                         Julie M. Holloway

                                                 Attorneys for Plaintiff SanDisk Corporation

Dated: October 4, 2007                          WILMER CUTLER PICKERING HALE AND
                                                DORR LLP


                                                By:  /s/  Gregory Lantier
                                                         Gregory Lantier

                                                 Attorneys for Defendants
                                                 STMicroelectronics, Inc. and
                                                 STMicroelectronics N.V.


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __10/9_____, 2007

                                                _____
                                                 Jeremy Fogel
                                                 United States District Judge

-2-

## ATTESTATION

I, Julie M. Holloway, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order in the above-listed related cases. In compliance with General Order 45.X.B, I hereby attest that counsel for STMicroelectronics, Inc. and STMicroelectronics, N.V. has concurred in this filing.

Dated: October 4, 2007                       WILSON SONSINI GOODRICH & ROSATI
                                                                                               Professional Corporation


By:   /s/   Julie M. Holloway
            Julie M. Holloway

Attorneys for Plaintiff SanDisk Corporation