Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

James L. Quarles III (*pro hac vice*)
james.quarles@wilmerhale.com
James M. Dowd (*pro hac vice*)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

Attorneys for Defendants
STMICROELECTRONICS, INC.
and STMICROELECTRONICS N.V.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>STMICROELECTRONICS, INC., a Delaware corporation, STMICROELECTRONICS N.V., a Dutch company, and DOES I to X,<br><br>                    Defendants. | Case No.: C 04-4379 JF<br>Related Case No.: C 05-5021 JF<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE PRELIMINARY INVALIDITY CONTENTIONS PURSUANT TO LOCAL PATENT RULE 3-3; SUPPORTING DECLARATION OF JAMES M. DOWD** |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff SanDisk Corporation ("Plaintiff") and Defendants STMicroelectronics, Inc. and STMicroelectronics N.V. ("Defendants") hereby stipulate that the time for Defendants to serve their Preliminary Invalidity Contentions be enlarged by two weeks: from November 15, 2007 to November 29, 2007.  On October 15, 2007, Plaintiff served on

1

STIPULATION EXTENDING DEADLINE TO FILE PRELIMINARY
INVALIDITY CONTENTIONS PURSUANT TO
LOCAL PATENT RULE 3-3
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6435204v2

1   all parties its Disclosure of Asserted Claims and Preliminary Contentions.  Supporting Declaration

2   of James M. Dowd, ¶ 2.  This Disclosure introduced new claims to the litigation and to the parties.

3   *Id.*, ¶ 3.  Patent Local Rule 3-3 ordinarily provides that Preliminary Invalidity Contentions may be

4   filed 45 days after service of the Disclosure of Asserted Claims and Preliminary Infringement

5   Contentions.  See Northern District of California Patent Local Rule 6-2.  To afford Defendants an

6   opportunity to address Plaintiff's new claims, the parties request an enlargement of time to serve the

7   Preliminary Invalidity Contentions.  Supporting Declaration of James M. Dowd, ¶ 4.

8        The following time modifications in this case are the result of either stipulation by the

9   parties or this Court's order: (1) on November 4, 2004, the Court granted a stipulated request to

10  extend the deadline for Defendants to file an answer to the Original Complaint; (2) on August 27,

11  2007, the Court granted a stipulated request to extend the deadline for Defendants to file an answer

12  to the First Amended Complaint; (3) on September 7, 2007, the Court adopted a proposed case

13  management schedule for Patent Local Rule events extending each deadline by 30 days; and (4) on

14  October 2, 2007, the Court granted a stipulated request to extend the deadline for Defendants to file

15  their response to SanDisk's counterclaims through and including October 19, 2007.  Supporting

16  Declaration of James M. Dowd, ¶ 5.

17       The presently requested time modification will not affect other deadlines in this case.

18  Supporting Declaration of James M. Dowd, ¶ 6.

19  //

20  //

21

22

23

24

25

26

27

28

STIPULATION EXTENDING DEADLINE TO FILE PRELIMINARY
INVALIDITY CONTENTIONS PURSUANT TO
LOCAL PATENT RULE 3-3
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6435204v2

1    NOW THEREFORE, pursuant to Civil Local Rules 6-1 and 6-2, the parties respectfully

2  request the Court to grant the accompanying proposed order extending the deadline for Defendants

3  to serve their Preliminary Invalidity Contentions from November 15, 2007 to November 29, 2007.

4

5   Dated:  November 9, 2007                    By:   /s/ James M. Dowd

6                                                      WILMER CUTLER PICKERING
                                                        HALE and DORR, LLP

7                                              Attorneys for Defendants
                                                STMICROELECTRONICS, INC. and
8                                               STMICROELECTRONICS N.V.

9
   Dated:  November 9, 2007
10                                             By:   /s/ James C. Yoon

11                                                    WILSON SONSINI GOODRICH &
                                                        ROSATI LLP

12                                             Attorneys for Plaintiff
13                                              SANDISK CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION EXTENDING DEADLINE TO FILE PRELIMINARY
INVALIDITY CONTENTIONS PURSUANT TO
LOCAL PATENT RULE 3-3
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6435204v2

**SUPPORTING DECLARATION OF JAMES M. DOWD**

I, James M. Dowd, declare as follows:

1.      I am an attorney of record for Defendants STMicroelectronics, Inc. and STMicroelectronics N.V. ("Defendants") in the above-entitled action.

2.      On October 15, 2007, Plaintiff served on all parties its Disclosure of Asserted Claims and Preliminary Contentions.

3.      Plaintiff's Disclosure of Asserted Claims and Preliminary Contentions introduced new claims to the litigation and to the parties.

4.      To afford Defendants an opportunity to address Plaintiff's new claims, the parties request an enlargement of time to serve the Preliminary Invalidity Contentions.

5.      The following time modifications in this case are the result of either stipulation by the parties or this Court's order: (1) on November 4, 2004, the Court granted a stipulated request to extend the deadline for Defendants to file an answer to the Original Complaint; (2) on August 27, 2007, the Court granted a stipulated request to extend the deadline for Defendants to file an answer to the First Amended Complaint; (3) on September 7, 2007, the Court adopted a proposed case management schedule for Patent Local Rule events extending each deadline by 30 days; and (4) on October 2, 2007, the Court granted a stipulated request to extend the deadline for Defendants to file their response to SanDisk's counterclaims through and including October 19, 2007.

6.      The presently requested time modification will not affect other deadlines in this case.

I declare under penalty of perjury that foregoing is true and correct.

Executed within the United States on November 9, 2007.

/s/

_____

James M. Dowd, Esq.

STIPULATION EXTENDING DEADLINE TO FILE PRELIMINARY
INVALIDITY CONTENTIONS PURSUANT TO
LOCAL PATENT RULE 3-3
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6435204v2

1

2

**SIGNATURE ATTESTATION**

3

      I hereby attest that concurrence in the filing of this document has been obtained from each

4

of the other signatories.  I declare under penalty of perjury of the laws of the United States that the

5

foregoing is true and correct.  Executed this 9th day of November in the District of Columbia.

6

/s/

7

_____
James M. Dowd, Esq.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING DEADLINE TO FILE PRELIMINARY
INVALIDITY CONTENTIONS PURSUANT TO
LOCAL PATENT RULE 3-3
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6435204v2

1

**[PROPOSED] ORDER**

2      The Court hereby GRANTS the parties' stipulated request to extend the deadline for

3   STMicroelectronics, Inc. and STMicroelectronics N.V. to serve their Preliminary Invalidity

4   Contentions from November 15, 2007 to November 29, 2007.

5      PURSUANT TO STIPULATION, IT IS SO ORDERED

6

7

8   DATED: __11/12/07_____      _____

9                                        Hon. Jeremy Fogel
                                         United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING DEADLINE TO FILE PRELIMINARY
INVALIDITY CONTENTIONS PURSUANT TO
LOCAL PATENT RULE 3-3
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6435204v2