Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone:   (650) 858-6000
Facsimile:   (650) 858-6100

James L. Quarles III (admitted *pro hac vice*)
james.quarles@wilmerhale.com
James M. Dowd (admitted *pro hac vice*)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone:   (202) 663-6000
Facsimile:   (202) 663-6363

Attorneys for Defendants
STMICROELECTRONICS, INC.
and STMICROELECTRONICS N.V.

*efiled 11/29/07

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SanDisk Corporation, a Delaware corporation,<br><br>             Plaintiffs,<br><br>     v.<br><br>STMICROELECTRONICS, INC., a Delaware corporation,<br>STMICROELECTRONICS N.V., a Dutch company,<br><br>             Defendants. | Case No.: C 04-4379 JF<br>Related Case C 05-5021 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |

1

ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE UNDER SEAL
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6456043v1

1    Upon consideration of Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.'s
2    ("ST") Request Pursuant To Civil Local Rules 7-11 and 79-5 To File Under Seal (1) portions of
3    ST's Memorandum in Opposition to Plaintiff SanDisk Corporation's ("SanDisk") Motion to
4    Dismiss Sherman Act and State Law Counterclaims, and (2) certain Exhibits attached to the
5    Declaration of Leeor Neta in Support of Defendants' Opposition to SanDisk's Motion to Dismiss
6    Sherman Act and State Law Counterclaims, IT IS HEREBY ORDERED that:

7    1.   Pursuant to Civil Local Rules 7-11 and 79-5(c), ST is granted leave to file under seal
8    its Memorandum in Opposition to SanDisk's Motion to Dismiss Sherman Act and State Law
9    Counterclaims;

10   2.   Pursuant to Civil Local Rules 7-11 and 79-5(c), ST is granted leave to file under seal
11   Exhibits 12 and 39 attached to the Declaration of Leeor Neta in Support of Defendants' Opposition
12   to SanDisk's Motion to Dismiss Sherman Act and State Law Counterclaims; and

13   3.   Pursuant to Civil Local Rules 7-11 and 79-5(d), ST is granted leave, pending
14   SanDisk's submission of a declaration in accordance with 79-5(d), to file under seal Exhibits 2, 8-
15   10, 13, 20-26, 30, 31, 33, 36, 38, 42, 44 and 46 attached to the Declaration of Leeor Neta in Support
16   of Defendants' Opposition to SanDisk's Motion to Dismiss Sherman Act and State Law
17   Counterclaims.

18   **IT IS SO ORDERED.**

19
20   Dated: 11/29/07                    _____
                                         HONORABLE JAMES FOGEL  JEREMY FOGEL
21                                       UNITED STATES DISTRICT COURT JUDGE