**E-filed 12/4/07**

MICHAEL A. LADRA, State Bar No. 064307
mladra@wsgr.com
JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS, INC., a Delaware corporation, STMICROELECTRONICS N.V., a Dutch company, and DOES I to X, <br><br> Defendants. | CASE NO.: C 04-4379 JF <br> Related Case C 05-5021 JF <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE TO FILE REPLY BRIEF** |

WHEREAS on October 19, 2007, plaintiff SanDisk Corporation ("SanDisk") filed a Motion to Dismiss defendant STMicroelectronics, Inc.'s Sherman Act and State Law Counterclaims (Counts 1 through 5), and noticed the hearing on its motion for December 14, 2007;

WHEREAS under Civil L.R. 7-3, the deadline for STMicroelectronics' opposition brief fell on Friday, November 23, 2007, which was a Court holiday and accordingly, pursuant to the clerk's direction, STMicroelectronics filed its opposition on Monday, November 26, 2007;

WHEREAS under Civil L.R. 7-3, a reply brief is due seven days after the opposition brief; and

1  WHEREAS the requested change will not change the date for the hearing on this motion,
2  which is scheduled for December 14, 2007;
3  Pursuant to Local Rule 6-2, the parties hereby agree and stipulate as follows:
4  1. The time for SanDisk to file its Reply Brief in Support of its Motion to Dismiss shall
5  be extended until December 3, 2007.

Dated: November 29, 2007                WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                        By: _____/s/ James C. Yoon_____
                                                James C. Yoon

                                        Attorneys for Plaintiff
                                        SANDISK CORPORATION

Dated: November 29, 2007                WILMER CUTLER PICKERING HALE AND
                                        DORR LLP

                                        By: _____/s/ James L. Quarles III_____
                                                James L. Quarles III

                                        Attorneys for Defendants
                                        STMICROELECTRONICS, INC. AND
                                        STMICROELECTRONICS N.V.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/4/07

                                        _____
                                        THE HONORABLE JEREMY FOGEL
                                        UNITED STATES DISTRICT COURT JUDGE

1   I, James C. Yoon, am the ECF User whose identification and password are being used to
2   file this Stipulation and [Proposed] Order to Extend Time for SanDisk to File Reply Brief.  In
3   compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this
4   filing.

6   Dated:  November 29, 2007                                    WILSON SONSINI GOODRICH & ROSATI
                                                                 Professional Corporation

8                                                                By:           /s/ James C. Yoon
9                                                                              James C. Yoon

10                                                               Attorneys for Plaintiff
                                                                 SANDISK CORPORATION

STIPULATION TO EXTEND DATE FOR            -3-                                          3244690_1.DOC
REPLY BRIEF, CASE NO. C 04-4379 JF