1  MICHAEL A. LADRA, State Bar No. 064307
   mladra@wsgr.com
2  JAMES C. YOON, State Bar No. 177155
   jyoon@wsgr.com
3  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
4  ARIANA M. CHUNG-HAN, State Bar No. 197572
   achung@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
8
   Attorneys for Plaintiff
9  SANDISK CORPORATION

10

11
# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13
### SAN JOSE DIVISION

14 | SANDISK CORPORATION, a Delaware corporation, | Case No.: C 04-4379 JF
   | Related Case No.: C 05-5021 JF
15 |             Plaintiff,

16 |       v. | **STIPULATION AND [PROPOSED] ORDER TO STAY THE PROCEDURAL SCHEDULE PENDING RESOLUTION OF SANDISK'S MOTION TO DISMISS**
17 | STMICROELECTRONICS, INC., a Delaware corporation,
18 | STMICROELECTRONICS N.V., a Dutch company, and DOES I to X,
19 |             Defendants.

20

21      WHEREAS on September 6, 2007, defendants STMicroelectronics, Inc. and

22 STMicroelectronics N.V. (collectively, "ST") filed its Answer and Counterclaims to plaintiff

23 SanDisk Corporation's Second Amended Complaint.

24      WHEREAS on September 7, 2007, the Court held a case management conference and set

25 the current procedural schedule in this case;

26      WHEREAS on October 19, 2007, SanDisk filed a Motion to Dismiss Counts 1 through 5

27 of ST's Counterclaims (the "Antitrust Counterclaims");

28

STIPULATION AND PROPOSED ORDER TO STAY
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6485768v1

1    WHEREAS on October 31, 2007, ST served its First Set of Requests for Documents;

2    WHEREAS on November 26, 2007 ST filed its opposition to SanDisk's motion to dismiss.

3    WHEREAS on December 3, SanDisk filed its reply in support of its motion to dismiss;

4    WHEREAS on December 3, 2007, SanDisk responded to ST's First Set of Requests for

5    Documents and objected to producing any discovery solely relevant to the Antitrust

6    Counterclaims;

7    WHEREAS the Court is scheduled to hear argument on SanDisk's motion to dismiss on

8    January 14;

9    WHEREAS the parties wish to avoid filing motions to compel and/or for protective order

10   regarding the issue of whether SanDisk has a legal obligation to produce discovery, but do not

11   wish to deprive either party of adequate time for fact or expert discovery on its claims or defenses

12   following resolution of SanDisk's motion to dismiss;

13   Pursuant to Local Rule 6-2, the parties hereby agree and stipulate as follows:

14   1.    All deadlines in the procedural schedule are stayed until the Court resolves plaintiff's

15   pending motion to dismiss defendants' Sherman Act and state law counterclaims.

16   2.    After the Court resolves SanDisk's motion to dismiss, the parties will contact the

17   Court to schedule a case management conference in order to reset the discovery and other deadlines

18   in the schedule in light of the issues remaining in the case. If the Court denies SanDisk's motion to

19   dismiss, SanDisk will not oppose a motion by ST to extend the remaining deadlines in the schedule

20   including the trial setting by an amount of time equal to the period the case remains stayed pursuant

21   to paragraph 1.

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO STAY
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6485768v1

1    NOW THEREFORE, pursuant to Civil Local Rule 6-2, the parties respectfully request the

2  Court to grant the accompanying proposed order to stay all deadlines in the case pending resolution

3  of SanDisk's motion to dismiss and to hold a case management conference following resolution of

4  SanDisk's motion in order to reset the discovery and other deadlines in light of the issues remaining

5  in the case.

6

7   Dated:  December 18, 2007                    By:    /s/Gregory H. Lantier
                                                          WILMER CUTLER PICKERING
8                                                          HALE and DORR, LLP

9                                                     Attorneys for Defendants
                                                      STMICROELECTRONICS, INC. and
10                                                    STMICROELECTRONICS N.V.

11

12  Dated:  December 18, 2007
                                                      By:    /s/Ariana Chung-Han
13                                                          WILSON SONSINI GOODRICH &
                                                            ROSATI LLP
14
                                                      Attorneys for Plaintiff
15                                                    SANDISK CORPORATION

16

17

18

19

20

21

22

23

24

25

26

27

28

US1DOCS 6485768v1

1

## SIGNATURE ATTESTATION

2

3    I hereby attest that concurrence in the filing of this document has been obtained from each

4    of the other signatories.  I declare under penalty of perjury of the laws of the United States that the

5    foregoing is true and correct.  Executed this 18th day of December in San Francisco, California.

6

7                                    /s/Ariana Chung-Han
                                     Ariana Chung-Han
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4                        STIPULATION AND PROPOSED ORDER TO STAY
                         Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6485768v1

**[~~PROPOSED~~] ORDER**

The Court hereby GRANTS the parties' stipulated request as follows:

1.      All deadlines in the procedural schedule are stayed until the Court resolves plaintiff's pending motion to dismiss defendants' Sherman Act and state law counterclaims.

2.      After the Court resolves SanDisk's motion to dismiss, the parties will contact the Court to schedule a case management conference in order to reset the discovery and other deadlines in the schedule in light of the issues remaining in the case.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____12/20/07_____        _____
                                                                     Hon. Jeremy Fogel
                                                                     United States District Court Judge

STIPULATION AND PROPOSED ORDER TO STAY
Case No. C 04-4379-JF; C 05-5021-JF

US1DOCS 6485768v1