Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
Leeor Neta (SBN 233454)
leeor.neta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James L. Quarles III (admitted *pro hac vice*)
james.quarles@wilmerhale.com
James M. Dowd (admitted *pro hac vice*)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Defendants
STMICROELECTRONICS, INC.
and STMICROELECTRONICS N.V.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SanDisk Corporation, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STMICROELECTRONICS, INC., a Delaware corporation, STMICROELECTRONICS N.V., a Dutch company,<br><br>Defendants. | Case No.: C 04-4379 JF<br>Related Case C 05-5021 JF<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO BRING POSTERS AND EASEL INTO COURTROOM** |

Upon consideration of Defendants' request, IT IS HEREBY ORDERED that:

STMicroelectronics, Inc. and STMicroelectronics N.V. ("ST") are granted leave to bring foam backed posters and an easel into the courtroom for the hearing scheduled for Friday, January 25, 2008.

**IT IS SO ORDERED.**

Dated:  January 24, 2008

_____
HONORABLE JAMES FOGEL
UNITED STATES DISTRICT COURT JUDGE