1  Mark D. Selwyn (SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING HALE AND DORR LLP
   1117 California Avenue
3  Palo Alto, California 94304
   Telephone:    (650) 858-6000
4  Facsimile:    (650) 858-6100

5  James L. Quarles III (*pro hac vice*)
   james.quarles@wilmerhale.com
6  James M. Dowd (*pro hac vice*)
   james.dowd@wilmerhale.com
7  WILMER CUTLER PICKERING HALE AND DORR LLP
   1875 Pennsylvania Ave., N.W.
8  Washington, DC 20006
   Telephone:    (202) 663-6000
9  Facsimile:    (202) 663-6363

10 Attorneys for Defendants
   STMICROELECTRONICS, INC.
11 and STMICROELECTRONICS N.V.

12          **UNITED STATES DISTRICT COURT**
         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                 **SAN JOSE DIVISION**

14

15 | SanDisk Corporation, a Delaware | Case No.: C 04-4379 JF
   | corporation, | Related Case C 05-5021 JF

16          Plaintiffs,

17      v.                              **STIPULATED REQUEST FOR ORDER
                                         CHANGING TIME FOR HEARING ON
18 STMICROELECTRONICS, INC., a          SUMMARY JUDGMENT MOTION AND
   Delaware corporation,                [PROPOSED] ORDER CONTINUING
   STMICROELECTRONICS N.V., a Dutch     HEARING DATE PURSUANT TO CIV.
19 company, and DOES I to X,            L.R. 6-2(a)**

20          Defendants.                 Hearing Date:   May 30, 2008
                                        Time:           9:00 a.m.
21                                      Court:          Hon. Jeremy Fogel

22

23

24       Pursuant to Civil L.R. 6-2 and 7-12, STMicroelectronics, Inc., STMicroelectronics N.V.

25 (collectively, "ST"), and SanDisk Corporation ("SanDisk") (collectively, the "Parties") hereby

26 stipulate to a continuation of the hearing on SanDisk's motion for summary judgment from Friday,

27 May 30, 2008 to Friday, July 18, 2008, or as soon thereafter as may be convenient for the Court.

28

1          Pursuant to L.R. 6-2, the reasons for the requested modification are set forth below:

2          1.     On January 25, 2008, the Court converted SanDisk's Motion to Dismiss ST's

3  counterclaims into a Motion for Summary Judgment. In addition, the Court held that it would

4  permit additional briefing and discovery and calendared SanDisk's Motion to be heard on May 30,

5  2008. Supporting Declaration of Tracey C. Allen ("Allen Decl."), ¶ 2.

6          2.     The limited availability of ST's lead counsel due to trials in other matters during

7  March, April and May has rendered difficult the scheduling of depositions related to the issues to be

8  addressed in SanDisk's motion for summary judgment. Specifically, lead counsel has just

9  concluded the hearing in *In the Matter of Certain GPS Chips, Associated Software and Systems, and*

10  *Products Containing Same*, Inv. No. 337-TA-596 (Int'l Trade Comm'n), and has hearings in *In the*

11  *Matter of Certain GPS Devices and Products Containing Same*, Inv. No. 337-TA-602 (Int'l Trade

12  Comm'n) and *In the Matter of Certain Baseband Processor Chips and Chipsets, Transmitter and*

13  *Receiver (Radio) Chips, Power Control Chips, and Products Containing Same, Including Cellular*

14  *Telephone Handsets*, Inv. No. 337-TA-543 (Int'l Trade Comm'n), and a trial in *Next Generation*

15  *Fund, LLC, et al. v. Earthwalk Commc'ns, Inc., et al.*, No. 2007-10471 (Va. Cir. Ct., Fairfax Co.),

16  before May 30, 2008. Allen Decl., ¶ 3.

17         3.     In addition, since the Court's January 25, 2008 Order, the Parties have served and

18  responded to, or are in the process of responding to, numerous discovery requests, including

19  interrogatories, requests for the production of documents, requests for admissions, notices of

20  deposition and subpoenas for documents and testimony. In order to resolve all discovery disputes,

21  complete discovery related to the issues to be addressed in SanDisk's summary judgment motion,

22  and prepare additional briefing, a reasonable enlargement of time is necessary. The Parties have

23  agreed that all depositions will be completed by June 4, 2008, assuming that witnesses have been

24  made available. Allen Decl., ¶ 4.

25         4.     The following time modifications in this case are the result of either stipulation by

26  the parties or this Court's order: (1) on July 17, 2006, the Court granted a stipulated request to

27  reschedule a case management conference from July 21, 2006, to July 28, 2006; (2) on October 24,

28

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR
HEARING ON SUMMARY JUDGMENT MOTION AND
[PROPOSED] ORDER CONTINUING HEARING DATE
Case No. C 04-4379-JF; C 05-5021-JF

1    2006, the Court granted a stipulated request to reschedule a case management conference from

2    October 27, 2006, to January 26, 2007; (3) on January 16, 2007, the Court granted a stipulated

3    request to reschedule a case management conference from January 26, 2007, to April 27, 2007;

4    (4) on April 16, 2007, the Court granted a stipulated request to reschedule a case management

5    conference from April 27, 2007, to June 29, 2007; (5) on September 5, 2007, the Court granted a

6    stipulated request to extend the deadline for ST to file an answer to the First Amended Complaint;

7    (6) on October 2, 2007, the Court granted a stipulated request to schedule the Patent L.R. 4-6 Claim

8    Construction Hearing for February 21, 2008, and to extend the deadline for SanDisk to file its

9    response to ST's counterclaims through and including October 19, 2007; (7) on November 12,

10    2007, the Court granted a stipulated request to extend the deadline to serve Preliminary Invalidity

11    Contentions from November 15, 2007 to November 29, 2007; (8) on December 4, 2007, the Court

12    granted a stipulated request to extend by 30 days the deadline for SanDisk to file its Reply Brief in

13    Support of its Motion to Dismiss until December 3, 2007; and (9) on December 20, 2007, the Court

14    granted a stipulated request to stay all deadlines in the procedural schedule until SanDisk's Motion

15    to Dismiss was resolved.  Allen Decl., ¶ 5.

16        5.      The modification requested will not affect other deadlines in the case.  Allen Decl.,

17    ¶ 6.

18    //

19    //

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR
HEARING ON SUMMARY JUDGMENT MOTION AND
[PROPOSED] ORDER CONTINUING HEARING DATE
Case No. C 04-4379-JF; C 05-5021-JF

1    IT IS HEREBY STIPULATED by and between the Parties through their designated counsel

2  as follows:

3    Subject to the Court's approval, the hearing on SanDisk's summary judgment motion shall

4  be continued to July 18, 2008 at 9:00 a.m. before the Honorable Jeremy Fogel, or as soon thereafter

5  as may be convenient for the Court, and the due dates for all relevant filings shall be re-calculated in

6  accordance with L.R. 7-2 and 7-3.

7  Respectfully submitted,

8  Dated:  March 31, 2008                         WILMER CUTLER PICKERING
                                                  HALE and DORR LLP
9
                                                  By:  /s/ Tracey C. Allen
10                                                _____

11                                                Attorneys for Defendants
                                                  STMICROELECTRONICS, INC. and
12                                                STMICROELECTRONICS N.V.

13

14 Dated:  March 31, 2008                         WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation
15
                                                  By:  /s/ James C. Yoon
16                                                _____

17                                                Attorneys for Plaintiff
                                                  SANDISK CORPORATION
18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR
HEARING ON SUMMARY JUDGMENT MOTION AND
[PROPOSED] ORDER CONTINUING HEARING DATE
Case No. C 04-4379-JF; C 05-5021-JF

1

## SUPPORTING DECLARATION OF TRACEY C. ALLEN

2          I, Tracey C. Allen, declare as follows:

3          1.      I am an attorney of record for Defendants STMicroelectronics, Inc. and

4    STMicroelectronics N.V. in the above-entitled action.

5          2.      On January 25, 2008, the Court converted SanDisk's Motion to Dismiss ST's

6    counterclaims into a Motion for Summary Judgment.  In addition, the Court held that it would

7    permit additional briefing and discovery and calendared SanDisk's Motion to be heard on May 30,

8    2008.

9          3.      The limited availability of ST's lead counsel due to trials in other matters during

10   April and May has rendered difficult the scheduling of depositions related to the issues to be

11   addressed in SanDisk's motion for summary judgment.  Specifically, lead counsel has just

12   concluded the hearing in *In the Matter of Certain GPS Chips, Associated Software and Systems, and*

13   *Products Containing Same*, Inv. No. 337-TA-596 (Int'l Trade Comm'n), and has hearings in *In the*

14   *Matter of Certain GPS Devices and Products Containing Same*, Inv. No. 337-TA-602 (Int'l Trade

15   Comm'n) and *In the Matter of Certain Baseband Processor Chips and Chipsets, Transmitter and*

16   *Receiver (Radio) Chips, Power Control Chips, and Products Containing Same, Including Cellular*

17   *Telephone Handsets*, Inv. No. 337-TA-543 (Int'l Trade Comm'n), and a trial in *Next Generation*

18   *Fund, LLC, et al. v. Earthwalk Commc'ns, Inc., et al.*, No. 2007-10471 (Va. Cir. Ct., Fairfax Co.),

19   before May 30, 2008.

20         4.      In addition, since the Court's January 25, 2008 Order, the Parties have served and

21   responded to, or are in the process of responding to, numerous discovery requests, including

22   interrogatories, requests for the production of documents, requests for admissions, notices of

23   deposition and subpoenas for documents and testimony.  In order to resolve all discovery disputes,

24   complete discovery related to the issues to be addressed in SanDisk's summary judgment motion,

25   and prepare additional briefing, a reasonable enlargement of time is necessary.  The Parties have

26   agreed that all depositions will be completed by June 4, 2008, assuming that witnesses have been

27   made available.

28

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR
HEARING ON SUMMARY JUDGMENT MOTION AND
[PROPOSED] ORDER CONTINUING HEARING DATE
Case No. C 04-4379-JF; C 05-5021-JF

1    5.    The following time modifications in this case are the result of either stipulation by

2    the parties or this Court's order: (1) on July 17, 2006, the Court granted a stipulated request to

3    reschedule a case management conference from July 21, 2006, to July 28, 2006; (2) on October 24,

4    2006, the Court granted a stipulated request to reschedule a case management conference from

5    October 27, 2006, to January 26, 2007; (3) on January 16, 2007, the Court granted a stipulated

6    request to reschedule a case management conference from January 26, 2007, to April 27, 2007;

7    (4) on April 16, 2007, the Court granted a stipulated request to reschedule a case management

8    conference from April 27, 2007, to June 29, 2007; (5) on September 5, 2007, the Court granted a

9    stipulated request to extend the deadline for ST to file an answer to the First Amended Complaint;

10   (6) on October 2, 2007, the Court granted a stipulated request to schedule the Patent L.R. 4-6 Claim

11   Construction Hearing for February 21, 2008, and to extend the deadline for SanDisk to file its

12   response to ST's counterclaims through and including October 19, 2007; (7) on November 12,

13   2007, the Court granted a stipulated request to extend the deadline to serve Preliminary Invalidity

14   Contentions from November 15, 2007 to November 29, 2007; (8) on December 4, 2007, the Court

15   granted a stipulated request to extend by 30 days the deadline for SanDisk to file its Reply Brief in

16   Support of its Motion to Dismiss until December 3, 2007; and (9) on December 20, 2007, the Court

17   granted a stipulated request to stay all deadlines in the procedural schedule until SanDisk's Motion

18   to Dismiss was resolved.

19   6.    The modification requested will not affect other deadlines in the case.

20   I declare under penalty of perjury that the foregoing is true and correct.

21   Executed within the United States on March 31, 2008.

22

23                                                      /s/ Tracey C. Allen
                                                        Tracey C. Allen
24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR
HEARING ON SUMMARY JUDGMENT MOTION AND
[PROPOSED] ORDER CONTINUING HEARING DATE
Case No. C 04-4379-JF; C 05-5021-JF

1

## **SIGNATURE ATTESTATION**

2          I, Tracey C. Allen, attest that I obtained the concurrence of James C. Yoon in filing this

3    document.  I declare under penalty of the laws of the United States that the foregoing is true and

4    correct.

5          Executed this 31st day of March, 2008 at Palo Alto, California.

6

7                                             /s/ Tracey C. Allen
                                              Tracey C. Allen
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR
HEARING ON SUMMARY JUDGMENT MOTION AND
[PROPOSED] ORDER CONTINUING HEARING DATE
Case No. C 04-4379-JF; C 05-5021-JF

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Hearing on SanDisk's

Summary Judgment Motion is hereby continued to ____ 7/18/08 _____ at 9:00 a.m.,

and the due dates for all relevant filings shall be re-calculated in accordance with L.R. 7-2 and 7-3

Dated: March _31_, 2008

_____
Honorable Jeremy Fogel, District Judge

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR
HEARING ON SUMMARY JUDGMENT MOTION AND
[PROPOSED] ORDER CONTINUING HEARING DATE
Case No. C 04-4379-JF; C 05-5021-JF

8