**E-filed 6/17/08**

1  MICHAEL A. LADRA, State Bar No. 064307
mladra@wsgr.com

2  JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com

3  JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com

4  LISA A. DAVIS, State Bar No. 179854
ldavis@wsgr.com

5  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

6  650 Page Mill Road
Palo Alto, CA 94304-1050

7  Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

8

RENATA B. HESSE, State Bar No. 148425

9  rhesse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI

10  Professional Corporation
1700 K Street, NW, Fifth Floor

11  Washington, D.C. 20006-3817
Telephone: (202) 973-8800

12  Facsimile:    (202) 973-8899

13  Attorneys for Plaintiff
SANDISK CORPORATION

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN JOSE DIVISION

17

18

19  SANDISK CORPORATION,                          )    CASE NO.:  C 04-4379 JF
                                                  )    Related Case C 05-5021 JF
          Plaintiff,                              )

20                                                )    SECOND STIPULATED REQUEST
                                                  )    FOR ORDER CHANGING TIME FOR

21        v.                                      )    HEARING ON SUMMARY
                                                  )    JUDGMENT MOTION AND

22  STMICROELECTRONICS, INC., a Delaware          )    [PROPOSED] ORDER CONTINUING
corporation,                                      )    HEARING DATE PURSUANT TO

23  STMICROELECTRONICS N.V., a Dutch              )    CIV. L.R. 6-2(a)
company, and DOES I to X,                         )

24                                                )    Hearing Date: September 12, 2008
          Defendants.                             )    Time:           9:00 a.m.

25                                                )    Before:        Hon. Jeremy Fogel
                                                  )

26                                                )
                                                  )

27                                                )

28

1   Pursuant to Civil L.R. 6-2 and 7-12, STMicroelectronics, Inc., STMicroelectronics N.V.

2   (collectively, "ST"), and SanDisk Corporation ("SanDisk") (collectively, the "Parties") hereby

3   stipulate to a continuation of the hearing on SanDisk's motion for summary judgment from Friday,

4   July 18, 2008 to Friday, September 12,  2008, or as soon thereafter as may be convenient for the

5   Court.

6           Pursuant to L.R. 6-2, the reasons for the requested modification are set forth below:

7           1.      On January 25, 2008, the Court converted SanDisk's Motion to Dismiss ST's

8   counterclaims into a Motion for Summary Judgment.  In addition, the Court held that it would

9   permit additional briefing and discovery and calendared SanDisk's Motion to be heard on May 30,

10  2008.  Supporting Declaration of Lisa A. Davis ("Davis Decl."), ¶ 2.

11          2.      The Court has previously continued the hearing on SanDisk's summary judgment

12  motion to July 18, 2008 pursuant to a stipulated request of the parties.   That stipulated request

13  was based, in part, upon the limited availability of ST's lead counsel due to trials in other matters

14  during March, April and May, which rendered difficult the scheduling of depositions related to the

15  issues to be addressed in SanDisk's motion for summary judgment.  Davis Decl., ¶ 3.

16          3.      In addition, since the Court's January 25, 2008 Order, the Parties have served and

17  responded to numerous discovery requests, including interrogatories, requests for the production

18  of documents, requests for admission, notices of deposition and subpoenas for documents and

19  testimony.  However, a number of discovery requests between the parties are still outstanding.  In

20  order to complete discovery related to the issues to be addressed in SanDisk's summary judgment

21  motion, resolve any discovery disputes that may arise, and prepare additional briefing, a

22  reasonable enlargement of time is necessary.  The earliest date both parties and their counsel are

23  available and the Court is able to hear this matter is September 12, 2008.  The Parties have agreed

24  that (i) they will use their best efforts to produce all documents responsive to outstanding requests

25  by July 15, 2008; and (ii) all depositions will be completed by July 25, 2008, assuming that

26  witnesses have been made available upon reasonable notice.  Davis Decl., ¶ 4.

27          4.      The following time modifications in this case are the result of either stipulation by

28  the parties or this Court's order:  (1) on July 17, 2006, the Court granted a stipulated request to

SECOND STIPULATED REQUEST FOR ORDER
CHANGING TIME FOR HEARING ON SUMMARY                    -2-
JUDGMENT AND [PROPOSED] ORDER CONTINUING
HEARING DATE

1 reschedule a case management conference from July 21, 2006, to July 28, 2006; (2) on October

2 24, 2006, the Court granted a stipulated request to reschedule a case management conference from

3 October 27, 2006, to January 26, 2007; (3) on January 16, 2007, the Court granted a stipulated

4 request to reschedule a case management conference from January 26, 2007, to April 27, 2007; (4)

5 on April 16, 2007, the Court granted a stipulated request to reschedule a case management

6 conference from April 27, 2007, to June 29, 2007; (5) on September 5, 2007, the Court granted a

7 stipulated request to extend the deadline for ST to file an answer to the First Amended Complaint;

8 (6) on October 2, 2007, the Court granted a stipulated request to schedule the Patent L.R. 4-6

9 Claim Construction Hearing for February 21, 2008, and to extend the deadline for SanDisk to file

10 its response to ST's counterclaims through and including October 19, 2007; (7) on November 12,

11 2007, the Court granted a stipulated request to extend the deadline to serve Preliminary Invalidity

12 Contentions from November 15, 2007 to November 29, 2007; (8) on December 4, 2007, the Court

13 granted a stipulated request to extend by 30 days the deadline for SanDisk to file its Reply Brief in

14 Support of its Motion to Dismiss until December 3, 2007; (9) on December 20, 2007, the Court

15 granted a stipulated request to stay all deadlines in the procedural schedule until SanDisk's Motion

16 to Dismiss was resolved; and (10) on March 31, 2008, the Court granted a stipulated request to

17 continue the hearing on SanDisk's motion for summary judgment from May 30, 2008 to July 18,

18 2008.  Davis Decl., ¶ 5.

19      5.    The modification requested will not affect other deadlines in the case.  Davis Decl.,

20 ¶ 6.

21 / / /

22 / / /

1      IT IS HEREBY STIPULATED by and between the Parties through their designated

2 counsel as follows:

3      Subject to the Court's approval, the hearing on SanDisk's summary judgment motion

4 shall be continued to September 12, 2008 at 9:00 a.m. before the Honorable Jeremy Fogel, or as

5 soon thereafter as may be convenient for the Court, and the due dates for all relevant filings shall

6 be re-calculated in accordance with L.R. 7-2 and 7-3.

7

8                                                      Respectfully submitted,

9

10 Dated:  June 11, 2008                         WILSON SONSINI GOODRICH & ROSATI
                                                       Professional Corporation
11

12
                                                       By: /s/ Lisa A. Davis
13

14                                                     Attorneys for Plaintiff
                                                       SANDISK CORPORATON
15
   Dated:  June 11, 2008                         WILMER CUTER PICKERING
16                                                        HALE and DOOR LLP

17
                                                       By: /s/ Tracey C. Allen
18

19                                                     Attorneys for Defendants
                                                       STMICROELECTRONICS, INC. and
20                                                     STMICROELECTRONICS N.V.

21

22

23

24

25

26

27

28

1

**<u>SUPPORTING DECLARATION OF LISA A. DAVIS</u>**

2          I, Lisa A. Davis, declare as follows:

3          1.     I am an attorney of record for Plaintiff SanDisk Corporation in the above-entitled

4  action.

5          2.     On January 25, 2008, the Court converted SanDisk's Motion to Dismiss ST's

6  counterclaims into a Motion for Summary Judgment.  In addition, the Court held that it would

7  permit additional briefing and discovery and calendared SanDisk's Motion to be heard on May

8  30, 2008.

9          3.     The Court has previously continued the hearing on SanDisk's summary judgment

10  motion to July 18, 2008 pursuant to a stipulated request of the parties.   That stipulated request

11  was based, in part, upon the limited availability of ST's lead counsel due to trials in other matters

12  during March, April and May, which rendered difficult the scheduling of depositions related to

13  the issues to be addressed in SanDisk's motion for summary judgment.

14          4.     In addition, since the Court's January 25, 2008 Order, the Parties have served and

15  responded to numerous discovery requests, including interrogatories, requests for the production

16  of documents, requests for admission, notices of deposition and subpoenas for documents and

17  testimony.  However, a number of discovery requests between the parties are still outstanding.

18  In order to complete discovery related to the issues to be addressed in SanDisk's summary

19  judgment motion, resolve any discovery disputes that may arise, and prepare additional briefing,

20  a reasonable enlargement of time is necessary.  The earliest date both parties and their counsel

21  are available and the Court is also able to hear this matter is September 12, 2008.  The Parties

22  have agreed that (i) they will use their best efforts to produce all documents responsive to

23  outstanding requests by July 15, 2008; and (ii) all depositions will be completed by July 25,

24  2008, assuming that witnesses have been made available upon reasonable notice.

25          5.     The following time modifications in this case are the result of either stipulation by

26  the parties or this Court's order:  (1) on July 17, 2006, the Court granted a stipulated request to

27  reschedule a case management conference from July 21, 2006, to July 28, 2006; (2) on October

28  24, 2006, the Court granted a stipulated request to reschedule a case management conference

SECOND STIPULATED REQUEST FOR ORDER                    -5-
CHANGING TIME FOR HEARING ON SUMMARY
JUDGMENT AND [PROPOSED] ORDER CONTINUING
HEARING DATE

1   from October 27, 2006, to January 26, 2007; (3) on January 16, 2007, the Court granted a

2   stipulated request to reschedule a case management conference from January 26, 2007, to April

3   27, 2007; (4) on April 16, 2007, the Court granted a stipulated request to reschedule a case

4   management conference from April 27, 2007, to June 29, 2007; (5) on September 5, 2007, the

5   Court granted a stipulated request to extend the deadline for ST to file an answer to the First

6   Amended Complaint; (6) on October 2, 2007, the Court granted a stipulated request to schedule

7   the Patent L.R. 4-6 Claim Construction Hearing for February 21, 2008, and to extend the

8   deadline for SanDisk to file its response to ST's counterclaims through and including October

9   19, 2007; (7) on November 12, 2007, the Court granted a stipulated request to extend the

10   deadline to serve Preliminary Invalidity Contentions from November 15, 2007 to November 29,

11   2007; (8) on December 4, 2007, the Court granted a stipulated request to extend by 30 days the

12   deadline for SanDisk to file its Reply Brief in Support of its Motion to Dismiss until December

13   3, 2007; (9) on December 20, 2007, the Court granted a stipulated request to stay all deadlines in

14   the procedural schedule until SanDisk's Motion to Dismiss was resolved; and (10) on March 31,

15   2008, the Court granted a stipulated request to continue the hearing on SanDisk's motion for

16   summary judgment from May 30, 2008 to July 18, 2008.

17         6.     The modification requested will not affect other deadlines in the case.

18        I declare under penalty of perjury that the foregoing is true and correct.

19        Executed within the United States on June 11, 2008.

20

21                           /s/  Lisa A. Davis
                        Lisa A. Davis

22

23

24

25

26

27

28

SECOND STIPULATED REQUEST FOR ORDER
CHANGING TIME FOR HEARING ON SUMMARY
JUDGMENT AND [PROPOSED] ORDER CONTINUING
HEARING DATE

-6-

1 | **SIGNATURE ATTESTATION**

2        I, Lisa A. Davis, attest that I obtained the concurrence of Tracey C. Allen in filing this

3 document.  I declare under penalty of the laws of the United States that the foregoing is true and

4 correct.

5        Executed this 11th day of June, 2008 at Palo Alto, California.

6

7                                                            /s/ Lisa A. Davis
                                                             Lisa A. Davis
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
SECOND STIPULATED REQUEST FOR ORDER                       -7-
CHANGING TIME FOR HEARING ON SUMMARY
JUDGMENT AND [PROPOSED] ORDER CONTINUING
HEARING DATE

1

**PROPOSED ORDER**

2

3        PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Hearing on SanDisk's

4    Summary Judgment Motion is hereby continued to __9/12/08_____at 9:00 a.m.,

5    and the due dates for all relevant filings shall be re-calculated in accordance with L.R. 7-2 and 7-

6    3.

7

8    Dated:  June __17____, 2008

                                         _____
9                                        Honorable Jeremy Fogel, District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATED REQUEST FOR ORDER
CHANGING TIME FOR HEARING ON SUMMARY            -8-
JUDGMENT AND [PROPOSED] ORDER CONTINUING
HEARING DATE