MICHAEL A. LADRA, State Bar No. 064307
mladra@wsgr.com
JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
LISA A. DAVIS, State Bar No. 179854
ldavis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

RENATA B. HESSE, State Bar No. 148425
rhesse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>STMICROELECTRONICS, INC., a Delaware corporation, STMICROELECTRONICS N.V., a Dutch company, and DOES I to X,<br><br>  Defendants. | CASE NO.: C 04-4379 JF<br>Related Case C 05-5021 JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |

1   Upon consideration of Plaintiff SanDisk Corporation's request pursuant to Civil Local
2   Rules 7-11 and 79-5(c) and (d) to file under seal certain exhibits attached to the Declaration of
3   Lisa A. Davis in Support of SanDisk's Motion for Summary Judgment as to Defendants'
4   Sherman Act and State Law Counterclaims (Counts 1-5), IT IS HEREBY ORDERED that:
5   Pursuant to Civil Local Rules 7-11 and 79-5(c), SanDisk is granted leave to file under
6   seal Exhibits 1, 3, 6, 10, 12, 22, 29, 33, 34, and 39 attached to attached to the Declaration of Lisa
7   A. Davis in Support of SanDisk's Motion for Summary Judgment as to Defendants' Sherman
8   Act and State Law Counterclaims (Counts 1-5).

**IT IS SO ORDERED**

Dated: 8/18/08

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE