Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone:   (650) 858-6000
Facsimile:   (650) 858-6100

James L. Quarles III (admitted *pro hac vice*)
james.quarles@wilmerhale.com
James M. Dowd (admitted *pro hac vice*)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone:   (202) 663-6000
Facsimile:   (202) 663-6363

Attorneys for Defendants
STMICROELECTRONICS, INC.
and STMICROELECTRONICS N.V.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SanDisk Corporation, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STMicroelectronics, Inc., a Delaware corporation, STMicroelectronics N.V., a Dutch company,<br><br>　　　　　Defendants. | Case No.: C 04-4379 JF<br>Related Case C 05-5021 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL THE MEMORANDUM IN OPPOSITION TO PLAINTIFF SANDISK CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

1  For good cause shown, the Court GRANTS the administrative motion to seal and hereby
2  orders as follows:
3  1. The unredacted version of the Memorandum in Opposition to SanDisk's Motion For
4  Summary Judgment, lodged conditionally under seal by Defendants STMicroelectronics, Inc. and
5  STMicroelectronics N.V. ("ST"), shall be filed under seal; and
6  2. Exhibits 2, 4, 10-12, 14-19, 26-27, 29, 35-36, 39, 41-43, 45-47, 48A, 53, and 56-60
7  to the Declaration of Leeor Neta in Support of the Memorandum in Opposition to SanDisk's Motion
8  For Summary Judgment and the unredacted version of that Declaration lodged conditionally under
9  seal by ST, shall be filed under seal.
10  **IT IS SO ORDERED.**
11
12  Dated:  9/3/08
    HONORABLE JEREMY FOGEL
13  UNITED STATES DISTRICT COURT JUDGE