MICHAEL A. LADRA, State Bar No. 064307
mladra@wsgr.com
JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
LISA A. DAVIS, State Bar No. 179854
ldavis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

RENATA B. HESSE, State Bar No. 148425
rhesse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS, INC., a Delaware corporation, STMICROELECTRONICS N.V., a Dutch company, and DOES I to X, <br><br> Defendants. | CASE NO.: C 04-4379 JF <br> Related Case C 05-5021 JF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY PAPERS UNDER SEAL** |

1  For good cause shown, the Court GRANTS the administrative motion to seal and hereby orders as follows:

2. 1. The unredacted version of Plaintiff SanDisk Corporation's Reply in Support of Motion for Summary Judgment as to Defendants' Sherman Act and State Law Counterclaims (Counts 1-5), lodged conditionally under seal by Plaintiff SanDisk Corporation, shall be filed under seal; and

2. Exhibit 42 to the Declaration of Lisa A. Davis in Support of Plaintiff SanDisk Corporation's Reply on Motion for Summary Judgment as to Defendants' Sherman Act and State Law Counterclaims (Counts 1-5), lodged conditionally under seal by Plaintiff SanDisk Corporation, shall be filed under seal.

**IT IS SO ORDERED.**

Dated: 9/5/08

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE