1 | Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
2 | WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
3 | Palo Alto, California 94304
Telephone:    (650) 858-6000
4 | Facsimile:    (650) 858-6100

5 | James L. Quarles III (admitted *pro hac vice*)
james.quarles@wilmerhale.com
6 | James M. Dowd (admitted *pro hac vice*)
james.dowd@wilmerhale.com
7 | WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
8 | Washington, DC 20006
Telephone:    (202) 663-6000
9 | Facsimile:    (202) 663-6363

10 | Attorneys for Defendants
STMICROELECTRONICS, INC.
11 | and STMICROELECTRONICS N.V.

12 | **UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13 |
**SAN JOSE DIVISION**
14 |

15 | SanDisk Corporation, a Delaware corporation, | Case No.: C 04-4379 JF
Related Case No.: C 05-5021 JF
      Plaintiff,
16 |
       v. | **[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO BRING POSTERS AN EASEL INTO COURTROOM**
17 | STMicroelectronics, Inc., a Delaware corporation, STMicroelectronics N.V.,
18 | a Dutch company,
      Defendants.
19

20

21

22

23

24

25

26

27

28

1  Upon consideration of Defendants' request, IT IS HEREBY ORDERED that:

2

3  STMicroelectronics, Inc. and STMicroelectronics N.V. ("ST") are granted leave to bring

4  foam backed posters and an easel into the courtroom for the hearing scheduled for Friday,

5  September 12, 2008.

6

7  **IT IS SO ORDERED.**

8

9  Dated:  9/9/08

   HONORABLE JEREMY FOGEL
10 UNITED STATES DISTRICT COURT JUDGE