1  MICHAEL A. LADRA, State Bar No. 064307
   mladra@wsgr.com
2  JAMES C. YOON, State Bar No. 177155
   jyoon@wsgr.com
3  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
4  LISA A. DAVIS, State Bar No. 179854
   ldavis@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8
   RENATA B. HESSE, State Bar No. 148425
9  rhesse@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1700 K Street, NW, Fifth Floor
11 Washington, D.C. 20006-3817
   Telephone: (202) 973-8800
12 Facsimile:  (202) 973-8899

13 Attorneys for Plaintiff
   SANDISK CORPORATION
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, | CASE NO.: C 04-4379 JF |
| Plaintiff, | Related Case C 05-5021 JF |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO BRING POSTERS AND AN EASEL INTO COURTROOM** |
| STMICROELECTRONICS, INC., a Delaware corporation, STMICROELECTRONICS N.V., a Dutch company, and DOES I to X, | |
| Defendants. | |

1   Upon consideration of Plaintiff's request, IT IS HEREBY ORDERED that:

3   SanDisk Corporation is granted leave to bring foam-backed posters and an easel into the
4   courtroom for the hearing scheduled for Friday, September 12, 2008.

6   **IT IS SO ORDERED.**

8   Dated: 9/9/08

9   HONORABLE JEREMY FOGEL
    UNITED STATES DISTRICT COURT JUDGE