**E-Filed 7/22/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>                            Plaintiff,<br><br>          v.<br><br>STMICROELECTRONICS, INC., a Delaware corporation, and STMICROELECTRONICS N.V., a Dutch company,<br><br>                            Defendants. | Case Number C 04-4379 JF (RS)<br><br>**ORDER RE PARTIES' LETTER BRIEFS RE TRIAL SCHEDULE**<br><br>[re: docket nos. 312, 318] |

Having considered the parties' letter briefs dated July 1, 2009 and July 8, 2009, and having reviewed the Order Granting Defendant's Motion To Bifurcate And Plaintiff's Motion For Leave To Amend issued May 19, 2009 as well as the transcript of the hearing on those motions conducted on April 16, 2009, the Court hereby orders as follows:

    (1)    The Court will conduct a three-day bench trial on Defendants' inequitable conduct defense in January 2010;

    (2)    The parties shall meet and confer regarding the scheduling of the trial date;

Case No. C 04-4379 JF (RS)
ORDER RE PARTIES' LETTER BRIEFS RE TRIAL SCHEDULE
(JFLC2)

1    (3)    Once the parties have agreed on potential trial dates, the parties shall contact the Court's administrative law clerk at 408-535-5426 to determine the Court's availability on those dates; and

(3)    On or before August 28, 2009, the parties shall submit a stipulation and proposed order setting the trial for a date in January 2010.

Dated: July 22, 2009

_____
JEREMY FOGEL
United States District Judge

1  This Order was served on the following persons:

2

3  Anna Tin-Yee Lee    anna.lee@wilmerhale.com, arthur.coviello@wilmerhale.com, bronwen.blass@wilmerhale.com, dina.summers@wilmerhale.com,
4  patricia.taylor@wilmerhale.com

5  Ariana M. Chung-Han    achung@wsgr.com, mcarrillo@wsgr.com

6  Deborah Colella    deborah.colella@wilmerhale.com

7  Georgia Kloostra VanZanten    gvanzanten@sidley.com, eleiva@sidley.com

8  Gregory H. Lantier    gregory.lantier@wilmerhale.com

9  James Carl Otteson    jotteson@wsgr.com

10  James Chung-Yul Yoon    jyoon@wsgr.com, nfurino@wsgr.com, rpezzimenti@wsgr.com

11  James L. Quarles , III    james.quarles@wilmerhale.com

12  James M. Dowd    james.dowd@wilmerhale.com

13  Joseph R Baldwin    joseph.baldwin@wilmerhale.com

14  Julie M. Holloway    jholloway@wsgr.com, abaranski@wsgr.com, rpezzimenti@wsgr.com

15  Kevin C. Heffel    kevin.heffel@wilmerhale.com

16  Lisa Davis    ldavis@wsgr.com

17  Lisa Kim Anh Nguyen    lknguyen@wsgr.com

18  Mark Daniel Selwyn    mark.selwyn@wilmerhale.com, lorna.ejercito@wilmerhale.com

19  Matthew Laurence McCarthy    invalidaddress@invalidaddress.com, matthew.mccarthy@usdoj.gov, Marina.Ponomarchuk@usdoj.gov
20
    Michael A. Ladra    mladra@wsgr.com
21
    Nina S. Tallon    nina.tallon@wilmerhale.com
22
    Russell L. Johnson    rljohnson@sidley.com, sheila.brown@sidley.com
23
    Ryan R. Smith    rsmith@wsgr.com, tnero@wsgr.com
24
    Tracey Cote Allen    Tracey.Allen@WilmerHale.com
25

26

27

28

3

Case No. C 04-4379 JF (RS)
ORDER RE PARTIES' LETTER BRIEFS RE TRIAL SCHEDULE
(JFLC2)