1  MICHAEL A. LADRA, State Bar No. 064307
   mladra@wsgr.com
2  JAMES C. YOON, State Bar No. 177155
   jyoon@wsgr.com
3  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
4  LISA A. DAVIS, State Bar No. 179854
   ldavis@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8
   RENATA B. HESSE, State Bar No. 148425
9  rhesse@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1700 K Street, NW, Fifth Floor
11 Washington, D.C. 20006-3817
   Telephone: (202) 973-8800
12 Facsimile:  (202) 973-8899

13 Attorneys for Plaintiff
   SANDISK CORPORATION

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                              SAN JOSE DIVISION

18

| | |
|---|---|
| 19  SANDISK CORPORATION,          ) | CASE NO.: C 04-4379 JF |
| 20         Plaintiff,             ) | |
|                                   ) | AMENDED STIPULATION AND |
|                                   ) | [PROPOSED] ORDER SETTING |
| 21         v.                     ) | SCHEDULE FOR BENCH TRIAL ON |
|                                   ) | INEQUITABLE CONDUCT |
| 22  STMICROELECTRONICS, INC., a Delaware ) | |
|     corporation,                  ) | |
| 23  STMICROELECTRONICS N.V., a Dutch ) | |
|     company, and DOES I to X,     ) | |
| 24                                ) | |
|            Defendants.            ) | |
| 25                                ) | |
|                                   ) | |
| 26                                ) | |
|                                   ) | |
| 27                                ) | |
| 28 | |

1  Pursuant to the Court's Order dated July 22, 2009 (Docket No. 319), STMicroelectronics,
2  Inc., STMicroelectronics N.V. (collectively, "ST"), and SanDisk Corporation ("SanDisk")
3  (collectively, the "Parties") HEREBY STIPULATE (1) to set the bench trial on ST's inequitable
4  conduct defense to commence on January 26, 20010, and (2) to observe the pre-trial deadlines in
5  the Proposed Schedule attached hereto as Exhibit A.

7  Dated: August 31, 2009                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation

                                              By: /s/ Lisa A. Davis
                                                   Lisa A. Davis

                                              Attorneys for Plaintiff
                                              SANDISK CORPORATON

13 Dated:  August 31, 2009                   WILMER CUTLER PICKERING
                                                HALE and DORR LLP

                                              By: /s/ Gregory H. Lantier
                                                   Gregory H. Lantier

                                              Attorneys for Defendants
                                              STMICROELECTRONICS, INC. and
                                              STMICROELECTRONICS N.V.


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The bench trial on ST's inequitable conduct defense is set for January 26, 2010. The parties shall observe the pre-trial deadlines on the attached Exhibit A.

Dated: __9/1_____, 2009

_____
Hon. Jeremy Fogel
United States District Judge

## SIGNATURE ATTESTATION

I, Lisa A. Davis, attest that I obtained the concurrence of Gregory H. Lantier in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 31st day of August, 2009 at Palo Alto, California.

/s/ Lisa A. Davis
Lisa A. Davis

# **<u>EXHIBIT A</u>**

## *SanDisk v. STMicroelectronics*

## Proposed Schedule

| September 11, 2009 | Parties shall identify Expert Witnesses and provide general description of area of opinion related to inequitable conduct defense |
|---|---|
| September 18, 2009 | Parties shall identify Rebuttal Expert Witnesses and provide general description of area of opinion related to inequitable conduct defense |
| October 23, 2009 | Hearing on SanDisk's Motion to Dismiss |
| November 6, 2009 | Last day to File Motion for Summary Judgment Regarding Inequitable Conduct |
| November 13, 2009 | Fact Discovery Regarding Inequitable Conduct Closes |
| November 16, 2009 | Parties serve expert reports on inequitable conduct |
| November 20, 2009 | Last Day to File Motion to Compel Fact Discovery |
| December 4, 2009 | Parties Serve Rebuttal Expert Reports on Inequitable Conduct |
| December 23, 2009 | Parties shall file pretrial statements and disclosures, including any claim construction positions[1][2] |
| January 5, 2009 | Expert Discovery Closes |
| January 8, 2010 | Parties Shall File Any *in limine* Motions; Last Day to File *Daubert* Motions |
| January 15, 2010 | Responses to *in limine* Motions and *Daubert* Motions Due |
| January 22, 2010 | The Court will Hold the Final Pre-Trial Conference (Fridays at 11:00 a.m.) |
| January 26, 2010 | Bench Trial Begins |

---

[1] ST does not believe claim construction is necessary for the inequitable conduct trial.
[2] Following the bench trial on inequitable conduct, the parties reserve the right to request that additional terms be construed for purposes of infringement and/or validity of the patents-in-suit.