1  James M. Dowd (SBN 259578)
   James.Dowd@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
4  Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
5
   James L. Quarles III (admitted *pro hac vice*)
6  James.Quarles@wilmerhale.com
   WILMER CUTLER PICKERING
7     HALE AND DORR LLP
   1875 Pennsylvania Avenue NW
8  Washington, DC 20006
   Telephone: (202) 663-6000
9  Facsimile: (202) 663-6363

10 Attorneys for Defendants
   STMICROELECTRONICS, INC.
11 and STMICROELECTRONICS N.V.

**E-Filed 9/14/2009**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SanDisk Corporation, a Delaware Corporation, ) | Case No. C 04-4379-JF |
| ) | Related Case No. C 05-5021-JF |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] **ORDER CONTINUING** |
| vs. ) | **MOTION TO DISMISS AND TO STRIKE** |
| ) | |
| STMICROELECTRONICS, INC., a Delaware ) | |
| corporation, STMICROELECTRONICS N.V., a ) | |
| Dutch company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

1 **[PROPOSED] ORDER**

2  The Court hereby GRANTS the parties' stipulated request that the Motion To Dismiss And

3 To Strike set for September 25, 2009 be continued to November 20, 2009, at 9:00 a.m.

4  PURSUANT TO STIPULATION, IT IS SO ORDERED

7 Dated: 9/14/2009                 _____

8  JEREMY FOGEL
 United States District Judge

- 2 -