MICHAEL A. LADRA, State Bar No. 064307
mladra@wsgr.com
JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
LISA A. DAVIS, State Bar No. 179854
ldavis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>STMicroelectronics, Inc., a Delaware corporation, and STMicroelectronics NV, a Dutch company,<br><br>    Defendants and Counterclaimant. | Case No.:  C 04-04379 JF<br>Related Case No.:  C 05-5021 JF<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

STIPULATED DISMISSAL WITH
PREJUDICE

1      Pursuant to Federal Rule of Civil Procedure 41, SanDisk Corporation ("SanDisk") and STMicroelectronics, Inc. and STMicroelectronics NV (collectively "ST") hereby stipulate and this Court hereby adjudges as follows:

    1.    This court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

    2.    The parties have entered into a confidential settlement agreement.

    3.    SanDisk's claims are dismissed with prejudice.

    4.    ST's counterclaims are dismissed with prejudice.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES

Dated: September 17, 2009          WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation

                                                   By:   /s/ James C. Yoon
                                                                     James C. Yoon

                                                   Attorneys for Plaintiff
                                                 SANDISK CORPORATION

Dated: September 17, 2009          WILMER CULER PICKERING
                                                         HALE AND DORR LLP

                                                 By:   /s/ James M. Dowd
                                                                  James M. Dowd

                                                 Attorneys for Defendants
                                                 STMICROELECTRONICS, INC. and
                                                 STMICROELECTRONICS N.V.

     PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

| | | |
|---|---|---|
| 1 | Dated: 9/22/09 | _____ |
| 2 | | THE HONORABLE JEREMY FOGEL |
| 3 | | UNITED STATES DISTRICT COURT JUDGE |

STIPULATED DISMISSAL WITH PREJUDICE        -2-

**SIGNATURE ATTESTATION**

I, Lisa A. Davis, attest that I obtained the concurrence of James C. Yoon and James M. Dowd in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 17th day of September, 2009 at Palo Alto, California.

/s/ Lisa A. Davis<br>
Lisa A. Davis